IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBORAH PERRINE,

    Plaintiff,

vs.                                                                                         No. CIV 14-0119 JB/RHS

TAOS COUNTY HOUSING AUTHORITY,
SARAH LOPEZ, in her official capacity as
Taos County Section 8 Program Manager;
and RICHARD BELLIS, in his official capacity as
Taos County Manager and Interim Housing Director,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Stipulated Dismissal with Prejudice of All Defendants Pursuant to Fed. R. Cir. P. 41(a)(1)(A)(ii), filed October 22, 2014 (Doc. 21)("Stipulation"). In the Stipulation, the Plaintiff Deborah Perrine, and Defendants Taos County Housing Authority; Sarah Lopez, in her official capacity; and Richard Bellis, in his official capacity, stipulated to the dismissal of all claims against the United States with prejudice. See Stipulation at 1. This final judgment adjudicates all of the existing claims and liabilities among the parties.

**IT IS ORDERED** that all of Plaintiff Deborah Perrine's claims against Defendants Taos County; Sarah Lopez, in her official capacity; and Richard Bellis, in his official capacity, are dismissed with prejudice, and final judgment is entered.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

*Counsel:*

Nathaniel R. Puffer
New Mexico Legal Aid
Albuquerque, New Mexico

 *Attorneys for the Plaintiffs*

Carlos M. Quiñones
Quiñones Law Firm
Santa Fe, New Mexico

 *Attorneys for the Defendants*